```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10
11  PATRICIA LOVE,                      No. 2:05-cv-2140-MCE-PAN
12            Plaintiff,
13       v.
14  MERCK & COMPANY, INC., and
    MCKESSON CORPORATION,
15
              Defendants.
16  _____/
17  BARTON MARSCHALL and                No. 2:06-cv-0653-LKK-DAD
    EALA MARSCHALL,
18
              Plaintiffs,
19
         v.
20
    MERCK & CO., INC. and
21  MCKESSON CORPORATION,
22            Defendants.
23  _____/
```

24      The Court has received the Notice of Related Cases
25 concerning the above-captioned cases filed.  See Local Rule 83-
26 123, E.D. Cal. (1997).  The Court has determined, however, that
27 it is inappropriate to relate or reassign the cases, and
28 therefore declines to do so.

1 | This order is issued for informational purposes only, and shall
2 | have no effect on the status of the cases, including any previous
3 | Related (or Non-Related) Case Order of this Court.
4 |     IT IS SO ORDERED.
5 | DATE: April 21, 2006

```
                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
```