```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                        EASTERN DISTRICT OF CALIFORNIA
10
11  PATRICIA LOVE,                         No. 2:05-cv-2140-MCE-PAN
12            Plaintiff,
13       v.
14  MERCK & COMPANY, INC., and
    MCKESSON CORPORATION,
15
              Defendants.
16  _____/
17  JOHN NEAL and BETTY NEAL,              No. 2:06-cv-0675-GEB-PAN
18            Plaintiffs,
19       v.
20  MERCK & CO., INC. and
    MCKESSON CORPORATION,
21
              Defendants.
22  _____/
23       The Court has received the Notice of Related Cases
24  concerning the above-captioned cases filed.  See Local Rule 83-
25  123, E.D. Cal. (1997).  The Court has determined, however, that
26  it is inappropriate to relate or reassign the cases, and
27  therefore declines to do so.
28  ///
```

1 This order is issued for informational purposes only, and shall
2 have no effect on the status of the cases, including any previous
3 Related (or Non-Related) Case Order of this Court.
4     IT IS SO ORDERED.
5 DATE: April 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE