UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICIA LOVE,                          No. 2:05-cv-2140-MCE-PAN

       Plaintiff,

   v.

MERCK & COMPANY, INC., and
MCKESSON CORPORATION,

       Defendants.
_____/

AHN DEVERS,                             No. 2:06-cv-0617-LKK-PAN

       Plaintiff,

   v.

MERCK & CO., INC. and
MCKESSON CORPORATION,

       Defendants.
_____/

    The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  See Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1 | This order is issued for informational purposes only, and shall
2 | have no effect on the status of the cases, including any previous
3 | Related (or Non-Related) Case Order of this Court.
4 |     IT IS SO ORDERED.
5 | DATE: April 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE