1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  PATRICIA LOVE,                    No. 2:05-cv-2140-MCE-PAN

12         Plaintiff,

13      v.

14  MERCK & COMPANY, INC., and
    MCKESSON CORPORATION,
15
           Defendants.
16  _____/

17  JOHN NEAL and BETTY NEAL,         No. 2:06-cv-0675-GEB-PAN

18         Plaintiffs,

19      v.

20  MERCK & CO., INC. and
    MCKESSON CORPORATION,
21
           Defendants.
22  _____/

23       The Court has received the Notice of Related Cases
24  concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-
25  123, E.D. Cal. (1997).  The Court has determined, however, that
26  it is inappropriate to relate or reassign the cases, and
27  therefore declines to do so.
28  ///

1  This order is issued for informational purposes only, and shall
2  have no effect on the status of the cases, including any previous
3  Related (or Non-Related) Case Order of this Court.
4      IT IS SO ORDERED.
5  DATE: April 21, 2006

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```