```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  PATRICIA LOVE,                       No. 2:05-cv-2140-MCE-PAN
12            Plaintiff,
13        v.
14  MERCK & COMPANY, INC., and
    MCKESSON CORPORATION,
15
              Defendants.
16  _____/
17  MICHAEL NEADERHISER,                 No. 2:06-cv-1294-FCD-GGH
18            Plaintiff,
19        v.
20  MERCK & CO., INC. and
    MCKESSON CORPORATION,
21
              Defendants.
22  _____/
```

23      The Court has received the Notice of Related Cases
24 concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-
25 123, E.D. Cal. (1997).  The Court has determined, however, that
26 it is inappropriate to relate or reassign the cases, and
27 therefore declines to do so.
28 ///

1  This Order is issued for informational purposes only, and
2 shall have no effect on the status of the cases, including any
3 previous Related (or Non-Related) Case Order of this Court.
4  IT IS SO ORDERED.
5 DATE: June 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2