```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  LINO LAOLAGI,                    No. 2:06-cv-1313-LKK-KJM
    MEAFEU LAOLAGI,
12  GARY PFISTER, and
    NANCY PFISTER,
13
              Plaintiffs
14
         v.                          NON-RELATED CASE ORDER
15
    MERCK & CO., INC.,
16
              Defendant.
17  _____/
    ESTER NED,                       No. 2:05-cv-2584-MCD-DAD
18
              Plaintiff,
19
         v.
20
    MERCK & CO., INC.,
21
              Defendant.
22  _____/
    BOYD COLE, STEVEN COLE, and      No. 2:05-cv-2609-MCD-GGH
23  KAREN ALVISO,
24
              Plaintiffs,
25
         v.
26
    MERCK & CO., INC., and
27  MCKESSON CORPORATION,
28
              Defendants.
    _____/
```

```
1  FRANCES HUBBEL,                        No. 2:06-cv-0690-MCE-DAD
2         Plaintiff,
3     v.
4  MERCK & CO., INC.,
5         Defendant.
   _____/
6
   PATRICIA LOVE,                         No. 2:05-cv-2140-MCD-PAN
7
          Plaintiff,
8
      v.
9
   MERCK & COMPANY, INC., and
10 MCKESSON CORPORATION,
11        Defendants.
   _____/
12
   JOHN HOIEN, and PEGGY HOIEN,           No. 2:05-cv-2464-MCD-KJM
13
          Plaintiffs,
14
      v.
15
   MERCK & CO., INC., MCKESSON
16 CORPORATION, and
   AMERISOURCEBERGEN DRUG CORP.,
17
          Defendants.
18 _____/
```

19     The Court has received the Notice of Related Cases
20 concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-
21 123, E.D. Cal. (1997).  The Court has determined, however, that
22 it is inappropriate to relate or reassign the cases, and
23 therefore declines to do so.
24 ///
25 ///
26 ///
27 ///
28 ///

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: July 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE