```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  PATRICK GAVIGAN,                      No. 2:06-cv-1597-FCD-KJM
12            Plaintiff,
13       v.
14  MERCK & CO., INC.,
    RALEY'S INC., and
15  AMERISOURCEBERGEN DRUG CORP.,
16            Defendants.
17  _____/
    ESTHER NED,                           No. 2:05-cv-2584-MCE-DAD
18
              Plaintiff,
19
         v.
20
    MERCK & CO., INC. and
21  MCKESSON CORPORATION,
22            Defendants.
23  _____/
    BOYD COLE, ET AL.,                    No. 2:05-cv-2609-MCE-GGH
24
              Plaintiff,
25
         v.
26
    MERCK & CO., INC., and
27  MCKESSON CORPORATION,
28            Defendants.
    _____/
```

```
 1  JOHN HOIEN and PEGGY HOIEN,          No. 2:05-cv-2464-MCE-KJM
 2          Plaintiffs,
 3      v.
 4  MERCK & CO., INC.,
    MCKESSON CORPORATION, and
 5  AMERISOURCEBERGEN DRUG CORP.,
 6          Defendants.
                                    /
 7  _____
    FRANCES HUBBEL,                      No. 2:06-cv-0690-MCE-DAD
 8          Plaintiff,
 9      v.
10  MERCK & CO., INC.,
11          Defendant.
12  _____/
13  PATRICIA LOVE,                       No. 2:05-2140-MCE-PAN
14          Plaintiff,
15      v.
16  MERCK & CO., INC.,
    MCKESSON CORPORATION, and
17  AMERISOURCEBERGEN DRUG CORP.,
18          Defendants.
19  _____/
```

The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///
///
///
///

2

1 | This Order is issued for informational purposes only, and
2 | shall have no effect on the status of the cases, including any
3 | previous Related (or Non-Related) Case Order of this Court.
4 | IT IS SO ORDERED.
5 | DATE: August 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE