UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LOVE, | No. 2:05-cv-2140-MCE-PAN |
| Plaintiff, | |
| v. | NON-RELATED CASE ORDER |
| MERCK & CO., INC., and MCKESSON CORPORATION, | |
| Defendants. | |
| BRENDA DE LA CRUZ, JUAN DE LA CRUZ, and FRED DE LA CRUZ, | No. 2:06-cv-1006-AWI-JLO |
| Plaintiffs, | |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |
| GLADYS HERRING and DONALD GAUSS, | No. 2:06-cv-1826-FCD-DAD |
| Plaintiffs, | |
| v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
| Defendants. | |

```
 1  RUTH BEATTY,                              No. 2:06-cv-1845-LKK-GGH
 2         Plaintiff,
 3     v.
 4  MERCK & CO., INC. and
    MCKESSON CORPORATION,
 5
           Defendants.
 6  _____/
 7  EMMA MIGUEL,                              No. 2:06-cv-2215-FCD-KJM
 8         Plaintiff,
 9     v.
10  MERCK & CO., INC. and
    MCKESSON CORPORATION,
11
           Defendants.
12  _____/
```

13     The Court has received the Notice of Related Cases
14  concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-
15  123, E.D. Cal. (1997).  The Court has determined, however, that
16  it is inappropriate to relate or reassign the cases, and
17  therefore declines to do so.
18     This Order is issued for informational purposes only, and
19  shall have no effect on the status of the cases, including any
20  previous Related (or Non-Related) Case Order of this Court.
21     IT IS SO ORDERED.
22  DATE:  October 24, 2006

                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE